UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-307-MOC
(3:14-cr-229-MOC-DCK-11)

| | |
|---|---|
| AHKEEM TAHJA MCDONALD, | ) |
| Petitioner, | ) ) ) |
| vs. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) ) |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Emergency" letter, (Doc. No. 7), in which he complains about the conditions of his incarceration.

Petitioner filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 in the instant case in which he challenges the life sentence that this Court imposed in the underlying criminal case. He is presently incarcerated at the Thomson United States Penitentiary in Thomson, Illinois.

In the instant "Emergency" letter, Petitioner alleges that he is experiencing urgently dangerous conditions of confinement. However, venue does not appear to lie in this Court and is not appropriately raised in this § 2255 action. See generally 28 U.S.C. § 2255; 28 U.S.C. § 1391(b) (addressing venue); 42 U.S.C. § 1983 (addressing civil rights actions); Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) (federal equivalent of § 1983); see also 28 U.S.C. § 2241 (addressing execution of sentence). Petitioner should direct any concerns about the conditions of his confinement to the appropriate court. Because Petitioner alleges that he requires emergency relief, the letter will be forwarded to the United States District Court for the Northern District of Illinois in an abundance of caution.

1

**IT IS, THEREFORE, ORDERED** that the Clerk is instructed to mail a copy of Petitioner's letter, (Doc. No. 7), to the United States District Court for the Northern District of Illinois.

Signed: January 6, 2021

Max O. Cogburn Jr.
United States District Judge